8979/SHV

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant American Export Lines
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OWOLABI SALIS<br><br>                    Plaintiff,<br><br>    - against -<br><br>AMERICAN EXPORT LINES AND<br>ATLANTIC CONTAINER LINE<br><br>                    Defendants. | **PETITION FOR REMOVAL PURSUANT TO**<br>**28 U.S.C. §§ 1446 and 1337** |

Defendant American Export Lines (hereinafter "AEL") hereby petitions this Court pursuant to 28 U.S.C. §§ 1446 and 1337 to remove to this Court the above-captioned civil action now pending in the Civil court of the State of New York, County of New York, and further represent as follows:

    1.    Defendant/Petitioner AEL is a defendant in the civil action now pending in the Civil Court of the State of New York, County of New York Index number 25436/2007. No trial has yet been had therein. Copies of pleadings served upon or by defendant/petitioner in this action are attached hereto.

    2.    Civil Court of the State of New York Index number 25436/2007 is one which may be removed pursuant to 28 U.S.C. §1337 in that the matter concerns a civil action or proceeding

arising under an Act of Congress regulating commerce, including, the Harter Act, 46 USC App §§ 190-195; Carriage of Goods by Sea Act 46 USC App §§1302-1313 (2006) and the liability of carriers under receipts and bills of lading at 49 U.S.C. §14706.

**WHEREFORE,** this action now pending in the Civil Court of New York, County of New York, index number 25436/2007, is properly removed pursuant to 28 U.S.C. §§ 1446 and 1337.

Dated: July 2, 2007

>CICHANOWICZ, CALLAN, KEANE,
>VENGROW & TEXTOR, LLP
>Attorneys for Defendant American Export Lines
>
>By: _____
>Stephen H. Vengrow (SHV/3479)
>61 Broadway, Suite 3000
>New York, New York, 10006
>(212) 344-7042

To:  Salis & Associates, P.C.
     42 Broadway, Room 1133
     New York, New York 10004
     (212) 655-5749

     Mahoney & Keane
     111 Broadway, Floor 10
     New York, New York 10006
     (212) 385-1422

## CERTIFICATE OF SERVICE BY REGULAR U.S. MAIL

The undersigned declares under penalty of perjury that the following is true and correct:

1.   I am over the age of eighteen years and I am not a party to this action.

2.   On July 2, 2007, I served a complete copy of **Defendant American Export Lines' Petition For Removal Pursuant to 28 U.S.C. §§ 1446 and 1337** by regular U.S. mail to the following attorneys at the following addresses:

TO:   Salis & Associates, P.C.
      42 Broadway, Room 1133
      New York, New York 10007-2801
      (212) 655-5749

      Mahoney & Keane
      111 Broadway, Floor 10
      New York, New York 10006
      (212) 385-1422

                                                    Patrick Michael DeCharles II

DATED:   July 2, 2007
         New York, New York