CIVIL COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------X
OWOLABI SALIS

                                            The Plaintiff

                                            INDEX NO: 25436/2007
                                            **SUMMONS**

                                            The Plaintiff designates New York County as the place of trial.

-against-

                                            The Plaintiff operates business at 42 Broadway Rm. 1133, New York, NY 10004.

American Export Lines
Atlantic Container Line

                                            The Defendant(s)
-------------------------------------------------X

YOU ARE HEREBY SUMMONED to appear in the Civil Court of The State of New York at the office of the clerk of the said Court at 111 Centre Street, New York, NY 10013, in the City and State of New York within the time provided by law as noted below and to file your answer to the annexed complaint with the Clerk; upon your failure to answer, judgment will be taken against you for the sum of $25,000 with interest thereon from the 19th day of May 2006 together with the cost of this action.

Dated: New York, New York.

21 ---- day of May ------- 2007

                                                            *[signature]*
                                                            Owolabi Salis
                                                            Salis and Associates, P.C.
                                                            42 Broadway Rm. 1133
                                                            New York, NY 10004.
                                                            212-655-5749

To:

1. American Export Lines, 169 Frelinghuysen Ave, Newark, NJ 07114
2. Atlantic Container Line, 194 Wood Avenue South, Suite 500, (PO Box 4120), Iselin, NJ 08830-4120

NOTE: The law provides that:

a. If this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such services; or
b. If this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.
c. TAKE NOTICE that the nature of this action is to recover fees for breach of contract.
d. The relief sought contract fees and money damages in the sum of $25,000.00
e. Upon failure to appear, judgment will be taken against you by default for the sum $25,000 with interest from 19th day of May, 2006 and costs of this action.

CIVIL COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------X
OWOLABI SALIS

                                      The Plaintiff

                                      INDEX NO: -----------
                                      **COMPLAINT**

-against-

American Export Lines
Atlantic Container Line

                                      The Defendant(s)
-------------------------------------------------------X

1. The Plaintiff is in the business of buying and selling vehicles including campers and operates through the State of New York.

2. The first defendant is upon information and belief a shipping agency based in the State of New Jersey and enjoys customer base from the State of New York.

3. The second defendant is upon information and belief in the business of shipping automobiles internationally including shipping to Africa.

4. Sometimes in 2006, the plaintiff gave the first defendant stocks of vehicles to ship to West Africa. The stocks were shipped by the second defendant.

5. When the stocks arrived in West Africa, the defendants did not inform the consignee nor informed the plaintiff.

6. The plaintiff later learnt of the arrival of the stocks after more than three months through an independent source.

7. By the time the plaintiff learnt of the arrival, the stocks had acquired extra storage charges and some of them were vandalized.

8. By reason of the facts and circumstances stated above, the defendants owed the plaintiff the duty to offer proper services to the plaintiff and to timely inform the plaintiff or the consignee of the arrival of the stocks.

9. By reason of the facts and circumstances stated above, the defendants breached this duty stated in the above paragraph.

10. By reason of the facts and circumstances stated above, the plaintiff has been damaged by the defendants in the sum of $25,000

WHEREFORE, the plaintiff demands judgment against the defendants in the sum of $25000 plus interest from May 19, 2006, costs and disbursements and for such further order that the Court deems fit and proper.

Dated: New York, New York

___21___ day of ___May___ 2007

*[signature]*

Owolabi Salis, esq.,
Salis and Associates, P.C.
42 Broadway, Rm. 1133
New York, NY 10004
212-655-5749

## CERTIFICATION

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated this _____21_____ day of _____May_____ 2007

Owolabi Salis, Esq.
Salis and Associates, P.C.
42 Broadway, Rm. 1133
New York, NY 10004
212-655-5749

VERIFICATION

Owolabi Salis, being duly sworn, states that he is the attorney for plaintiff in this action and that the foregoing complaints is true to his own knowledge, except as to matters therein stated on information and belief and as those matters he believes it to be true; that the grounds of his belief as to all matters not stated upon his knowledge are correspondence and other writings furnished to him by plaintiff; and that the reason why verification is not made by plaintiff is that plaintiff is currently out of New York county.

*[signature]*
Owolabi Salis, esq.,
Salis and Associates, P.C.
42 Broadway, Rm. 1133
New York, NY 10004
212-655-5749

Dated: this ____21____ day of ____May____ 2007

Before me, *[signature]* Nikhil Dhameliya

NIKHIL DHAMELIYA
Notary Public, State of New York
No. 01DH6164432
Qualified in New York County
Commission Expires April 29, 2011

NOTARY PUBLIC