8979/SHV

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant American Export Lines
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

CIVIL COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| OWOLABI SALIS<br><br>                    Plaintiff,<br><br>- against -<br><br>AMERICAN EXPORT LINES AND<br>ATLANTIC COONTAINER LINE<br><br>                    Defendants. | Index No.: 25436/2007<br><br>**CONSENT TO CHANGE ATTORNEYS** |

IT IS HEREBY CONSENTED THAT Stephen H. Vengrow, Esq. of Cichanowicz, Callan, Keane, Vengrow & Textor, LLP be substituted as attorney of record for the defendant American Export Lines in the above entitled action in place iof Edward Keane, Esq. of Mahoney & Keane as of this date hereof.

Dated: New York, New York
       June 25, 2007

MAHOENY & KEANE

By: _____
    Edward Keane
    Withdrawing Attorney

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP

By: _____
    Stephen H. Vengrow
    Superseding Attorney

FILED
JUN 26 2007
NEW YORK COUNTY
CIVIL COURT

AMERICAN EXPORT LINES

By: /s/ Lisa Scalora
Lisa Scalora

STATE OF N.J.       )
                    ) ss.:
COUNTY OF ESSEX     )

On the 27TH day of June, 2007, before me personally came LISA SCALORA to me known and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that she executed the same.

/s/ Ali Aelaei
Notary Public

ALI AELAEI NOTARY PUBLIC OF NEW JERSEY (ESSEX COUNTY), ID#2103487
MY COMMISSION EXPIRES ON 08/27/2008