8979/SHV

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant American Export Lines
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OWOLABI SALIS<br><br>                    Plaintiff,<br><br>       - against -<br><br>AMERICAN EXPORT LINES; AND<br>ATLANTIC CONTAINER LINE<br><br>                    Defendants. | Civil Number:<br><br><br>**RULE 7.1 STATEMENT** |

Pursuant to the provisions of Fed. R. Civ. P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant American Export Lines certifies upon information and belief that defendant American Export Lines has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
    July 2, 2007

Respectfully submitted,

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant American Export Lines

By: _____
    Stephen H. Vengrow (SHV/3470)
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042