8979/SHV

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant American Export Lines
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OWOLABI SALIS<br><br>                       Plaintiff,<br><br>- against -<br><br>AMERICAN EXPORT LINES; and<br>ATLANTIC CONTAINER LINE<br><br>                      Defendants. | ECF<br>Civil No.: 07 Civ 6164<br><br>**AMERICAN EXPORT LINES'<br>CROSSCLAIM AGAINST ATLANTIC<br>CONTAINER LINES** |

      Defendant American Export Lines through its attorneys Cichanowicz, Callan, Keane, Vengrow & Textor, LLP and for its crossclaim against Atlantic Container Lines alleges on information and belief as follows:

      1.    Repeats and realleges each and every admission, denial and denial of knowledge or information contained in its Answer to plaintiff's Complaint, with the same force and effect as if herein set forth at length.

      2.    If there was any loss or damage to the shipment referred to in the Complaint, which is denied, and said loss or damage caused any liability to Defendant American Export Lines, then the said liability was brought about by Defendant Atlantic Container Lines negligence and/or breach of contract and/or breach of warranties, implied or expressed, and by

- 2 -

reason thereof, Defendant American Export Lines is entitled to full indemnity and/or contribution from Defendant Atlantic Container Line, for the loss and damage including reasonable counsel fees and expenses.

WHEREFORE, Defendant American Export Lines prays that the Complaint against it be dismissed and its crossclaim be granted, and that the Court may grant such other or further relief as may be just and proper.

Dated: New York, New York
       July 31, 2007

                             Respectfully submitted,

                             CICHANOWICZ, CALLAN, KEANE,
                             VENGROW & TEXTOR, LLP
                             Attorneys for Defendant American Export Lines

                             By: / s / Stephen H. Vengrow
                                Stephen H. Vengrow (SHV/3470)
                             61 Broadway, Suite 3000
                             New York, New York 10006
                             (212) 344-7042

To:    Salis & Associates, P.C.
        42 Broadway, Room 1133
        New York, New York 10004
        (212) 655-5749

        Mahoney & Keane
        111 Broadway, Floor 10
        New York, New York 10006
        (212) 385-1422

- 3 -

## CERTIFICATE OF SERVICE BY ECF AND BY REGULAR U.S. MAIL

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On July 31, 2007, I served a complete copy of **Defendant American Export Lines Crossclaim against Atlantic Container Lines** by ECF to the following attorneys at their ECF registered address and by regular U.S. mail at the following addresses:

    Salis & Associates, P.C.
    42 Broadway, Room 1133
    New York, New York 10004
    (212) 655-5749

    Edward Keane, Esq.
    Mahoney & Keane
    Attorneys for KKK and K-Line
    111 Broadway, 10th Floor
    New York, New York 10006
    (212) 385-1422

                                          / s / Patrick Michael DeCharles, II
                                             Patrick Michael DeCharles, II

DATED:    July 31, 2007
              New York, New York