UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
OWOLABI SOLIS                       :
                                    :
                                    :   07 Civ. 6164 (LMM)
          Plaintiff(s),             :
                                    :   CASE MANAGEMENT PLAN
        - against -                 :   AND SCHEDULING ORDER
                                    :
AMERICAN EXPORT LINES ET AL.        :
                                    :
          Defendant(s).             :
                                    :
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07

McKENNA, D.J.

1. Referred to Magistrate Judge _____ for General Pretrial after Initial Case Management Conference.

2. ___ Complex    ___ Standard    ___ Expedited

3. Initial document production to be completed by _____.

4. Party depositions to be completed by _____.

5. Third party depositions to be completed by _____.

6. Parties and counsel to meet to discuss settlement by _____.

7. Experts' reports to be served by _____.

8. Experts' depositions to be completed by _____.

9. All discovery to be completed by 12/31/07.

10. Next pretrial conference _____ at _____.

11. Parties consent to trial by Magistrate Judge: ___ Yes ___ No.

12. Other directions:

Dated:   New York, New York
         8/14/07

                                    SO ORDERED.

                                    _____
                                    LAWRENCE M. McKENNA
                                    U.S.D.J.