UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OWOLABI SALIS,                                :

                    Plaintiff,    :   **ORDER**

      - against -                          :   07 Civ. 6164 (LMM)(FM)

AMERICAN EXPORT LINES, et ano,     :

                    Defendant.   :

------------------------------------------------------------x

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1/15/08]

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to a telephone conference held earlier today, it is hereby

ORDERED that:

    1.    On or before January 18, 2008, the plaintiff shall provide both defendants and the Court with a schedule setting forth:

        i.    the bill of lading number, issuer, and date of issuance for every bill of lading reflecting a shipment which the plaintiff contends resulted in monetary loss, together with a schedule specifying whether the loss arising out of each shipment resulted from delayed notification, actual damage, or both; and

        ii.    the invoice number and date of each invoice issued by American Export Lines in connection with a shipment for which the plaintiff is claiming a loss.

    2.    A further telephone conference shall be held on February 4, 2008, at 10 a.m. Mr. Wolfson is directed to initiate the call by dialing

Chambers at (212) 805-6727. Mr. Salis is directed to be available at a landline telephone number which he shall provide to Mr. Wolfson by January 31, 2008.

SO ORDERED.

Dated:    New York, New York
          January 15, 2008

                                    _____
                                    FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Honorable Lawrence M. McKenna
United States District Judge

Owolabi Salis, Esq.
Salis & Associates, PC
Fax: (212) 742-0549

Michael De Charles II, Esq.
Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
Fax: (212) 344-7285

Garth S. Wolfson, Esq.
Mahoney & Keane, LLP
Fax: (212) 385-1605