UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OWOLABI SALIS,                                  :

           Plaintiff,                  :    **ORDER**

   - against -                                 :    07 Civ. 6164 (LMM)(FM)

AMERICAN EXPORT LINES, et ano,       :

           Defendant.                :

------------------------------------------------------------x

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 2/4/08]

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to a telephone conference held earlier today, it is hereby

ORDERED that a further telephone conference shall be held on March 3, 2008, at 10:30 a.m. Mr. Wolfson is directed to initiate the call by dialing Chambers at (212) 805-6727.

      SO ORDERED.

Dated:    New York, New York
            February 4, 2008

                                              _____
                                                FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Honorable Lawrence M. McKenna
United States District Judge

Owolabi Salis, Esq.
Salis & Associates, PC
Fax: (212) 742-0549

Michael De Charles II, Esq.
Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
Fax: (212) 344-7285

Garth S. Wolfson, Esq.
Mahoney & Keane, LLP
Fax: (212) 385-1605