LAW OFFICES OF
## CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 BROADWAY, SUITE 3000
NEW YORK, N.Y. 10006-2802

PAUL M. KEANE
STEPHEN H. VENGROW¹
JAMES M. TEXTOR*
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI #
PATRICK MICHAEL DeCHARLES II˚

JESSICA A. DE VIVO⁰
IRENE M. ZANETOS°

¹ALSO ADMITTED TO DISTRICT OF
  COLUMBIA, MAINE & NEW JERSEY
*ALSO ADMITTED TO PENNSYLVANIA
#ALSO ADMITTED TO GEORGIA
˚ALSO ADMITTED TO NEW JERSEY & TEXAS
°ALSO ADMITTED TO NEW JERSEY

February 5, 2008

TELEPHONE: (212) 344-7042
TELEFAX: (212) 344-7285
TELEFAX: (212) 344-3988

NEW JERSEY OFFICE
75 MONTGOMERY STREET, SUITE 200
JERSEY CITY, NJ 07302
(201) 209-0960

A.J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914 - 1992)
VICTOR S. CICHANOWICZ
(1918 - 1989)

**MEMO ENDORSED**

Telefax (212) 805-6724

Hon. Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Owolabi Salis v. American Export Lines
    and Atlantic Container Line
    Our File: 8979/SHV

*[Handwritten endorsement:]* The telephone conference will be held March 4, 2008 at 10:30 A.M.
FMaas, USMJ, 2/13/08

07 civ. 6164 (LMM)(FM)

Dear Judge Maas:

   Referencing your Order scheduling a telephone conference for March 3, 2008, at 10:30 a.m., I have just noticed that I have a conflict in which I must act as local counsel in a one day trial in Middlesex County, New Jersey. Therefore, I ask, if at all possible, to move the telephone conference to March 4ᵗʰ or 5ᵗʰ at 10:30 a.m.

   We thank you for the Court's indulgence in this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

Respectfully submitted,

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP

*[signature]*
Patrick Michael DeCharles, II

PMD/mj