UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OLABISI SALIS,                                    :

                Plaintiff,        :    **ORDER**

- against -                                       :    07 Civ. 6164 (LMM)(FM)

AMERICAN EXPORT LINES, et ano,                    :

                Defendant.        :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to a telephone conference held earlier today, it is hereby

ORDERED that:

1. Owolabi Salis, Esq., shall be deposed on March 11, 2008, at 10:00 a.m. in the office of Cichanowicz, Callan, Keane, Vengrow & Textor, LLP.

2. On or before April 4, 2008, all discovery shall be completed.

3. Judge McKenna does not require premotion conferences. Accordingly, any party wishing to make a motion for summary judgment shall do so on or before April 11, 2008. If the parties opt not to move for summary judgment, they shall submit a letter to my chambers by that date confirming that intent.

4. If the defendants timely notice the deposition of Olabisi Salis and she fails to appear by April 4, 2008, she shall not be permitted to

testify at trial or submit an affidavit in opposition to any motion for summary judgment.

SO ORDERED.

Dated:    New York, New York
          March 4, 2008

                                    _____
                                          FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Honorable Lawrence M. McKenna
United States District Judge

Owolabi Salis, Esq.
Salis & Associates, PC
Fax: (212) 742-0549

Michael De Charles II, Esq.
Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
Fax: (212) 344-7285

Garth S. Wolfson, Esq.
Mahoney & Keane, LLP
Fax: (212) 385-1605