## MAHONEY & KEANE, LLP

Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*

Jorge A. Rodriguez*†

Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT

*Attorneys at Law*
111 Broadway, Tenth Floor
New York, New York 10006
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019



**MEMO ENDORSED**

March 28, 2008

THIS TRANSMISSION CONSISTS OF   two   ( 2 ) PAGE(S)
VIA FACSIMILE (212) 805-6724

The Honorable Frank Maas
United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

      Re:  OWOLABI SALIS v. AMERICAN EXPORT
         LINES and ATLANTIC CONTAINER LINE
         SDNY Case No.: 07 CV 6164 (LMM)
         <u>Our File No.: 12/3414</u>

Honorable Sir:

  We represent the defendant ocean carrier, ATLANTIC CONTAINER LINE (ACL), in the above-referenced action, wherein discovery is scheduled to close at the end of this month. We write to request a 30 day extension of time to complete discovery.

  Presently, Plaintiff has made a demand to settle this matter. We anticipate that a settlement will be reached in accord with outstanding recommendations by all parties, but need more time for our client to provide us with ultimate authority for settlement.

*[Handwritten endorsement:]*

1) The discovery deadline is extended to 5/2/08;

2) An in-court conference will be held in Courtroom 20A on 4/30/08 at 5 pm.

3) The 4/30/08 conference will be cancelled if a stipulation of discontinuance is received before that day.

            FMaas, USMJ
            3/28/08

We thank the Court for its consideration.

                              Respectfully submitted,

                              MAHONEY & KEANE, LLP

By: _____
      Jorge A. Rodriguez

cc (via fax):
    Owalabi Salis, Esq.
    42 Broadway, Room 1133
    New York, New York 10004
    Fax: (212) 742-0549

    Cichanowicz, Callan, Keane,
    Vengrow & Textor, LLP
    61 Broadway, Suite 3000
    New York, New York 10006-2802
    Fax: (212) 344-7285
    Attention: Patrick Michael DeCharles, II