UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

OLABISI SALIS,

           Plaintiff,

-against-

AMERICAN EXPORT LINES, et ano,

           Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

ORDER OF DISCONTINUANCE

07 Civ. 6164 (LMM)(FM)

      It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

      ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
              April 29, 2008

                                                                          FRANK MAAS
                                                             United States Magistrate Judge

---

Attorney for Plaintiff Olabisi Salis
Owolabi Salis, Esq.
Salis & Associates, PC

Attorney for Defendant Am. Export Lines
Patrick Michael De Charles II, Esq.
Cichanowicz, Callan, Keane, Vengrow &
Textor, LLP

Attorney for Defendant Atl. Container Line
Garth S. Wolfson, Esq.
Mahoney & Keane, LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OLABISI SALIS,

        Plaintiff, : <u>ORDER OF DISCONTINUANCE</u>

      -against- : 07 Civ. 6164 (LMM)(FM)

AMERICAN EXPORT LINES, et ano.

        Defendants.

------------------------------------------------------------x

    It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

    ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
              April 29, 2008

                                                      FRANK MAAS
                                            United States Magistrate Judge

_____      _____
Attorney for Plaintiff Olabisi Salis          Attorney for Defendant Am. Export Lines
Owolabi Salis, Esq.                              Patrick Michael De Charles II, Esq.
Salis & Associates, PC                        Cichanowicz, Callan, Keane, Vengrow &
                                                    Textor, LLP

                                                    _____
                                                   Attorney for Defendant Atl. Container Line
                                                  Garth S. Wolfson, Esq.
                                                  Mahoney & Keane, LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

OLABISI SALIS,  :

        Plaintiff,  :  <u>ORDER OF DISCONTINUANCE</u>

   -against-  :  07 Civ. 6164 (LMM)(FM)

AMERICAN EXPORT LINES, et ano,  :

        Defendants.  :

------------------------------------------------------x

    It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

    ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
              April 29, 2008

                                      FRANK MAAS
                                  United States Magistrate Judge

Attorney for Plaintiff Olabisi Salis
Owolabi Salis, Esq.
Salis & Associates, PC

Attorney for Defendant Am. Export Lines
Patrick Michael De Charles II, Esq.
Cichanowicz, Callan, Keane, Vengrow & Textor, LLP

Attorney for Defendant Atl. Container Line
Garth S. Wolfson, Esq.
Mahoney & Keane, LLP